UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States Courts
Southern District of Texas
FILED

JAN 31 2017

David J. Bradley, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CRIMINAL NO. **L-17-0078** |
| EDWIN OLAND ANDRUS | § | |

**GPK**

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

#### COUNT ONE
#### (Coercion and Enticement)

On or about and between January 6, 2017 to January 13, 2017, within the Southern District of Texas and elsewhere,

**EDWIN OLAND ANDRUS,**

defendant herein, by use of the United States mail and by means of a facility of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who defendant believed had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense under the laws of the State of Texas, namely, the crime of sexual assault of a child, in violation of Section 22.011(a)(2) of the Texas Penal Code.

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL;

**ORIGINAL SIGNATURE ON FILE**

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_/s/ Alfredo De La Rosa_
Alfredo De La Rosa
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET L-17-0078

NO. _____

__LAREDO__ DIVISION

FILE: 17R00568  17MJ-00045

__INDICTMENT__    Filed: _____    Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA

VS.

KENNETH MAGIDSON, USA
Alfredo De La Rosa, AUSA

**EDWIN OLAND ANDRUS**

**CHARGE:** Ct. 1: Coercion and Enticement of a minor [18 USC 2422(b)]

**TOTAL COUNTS: 1**

**PENALTY:** 10 Yrs. to Life, and/or $250,000.00, $100 Special Assessment.
5 Years to Life Term of Supervised Release

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: